# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Essex Insurance Company as subrogee of
Hardison Transportation, LLC
v.
American Highway, Inc.

Case Number: FILED: AUGUST 20, 2008
08CV4742
JUDGE GUZMAN
MAGISTRATE JUDGE COX
BR

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Essex Insurance Company as subrogee of
Hardison Transportation, LLC

| | |
|---|---|
| NAME (Type or print) | Michael S. Errera |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ *[signature]* |
| FIRM | Clausen Miller PC |
| STREET ADDRESS | 10 S. LaSalle Street |
| CITY/STATE/ZIP | Chicago, IL 60603 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6255897 | TELEPHONE NUMBER 312-606-7927 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") | N |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") | N |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") | Y |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") | Y |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. | |
| RETAINED COUNSEL | APPOINTED COUNSEL |