IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Essex Insurance Company as subrogee of Hardison Transportation LLC | ) ) ) | No.  FILED: AUGUST 20, 2008 |
| Plaintiff(s) | ) ) | 08CV4742 |
| v. | ) ) | Judge: JUDGE GUZMAN |
| American Highway, Inc. | ) ) | MAGISTRATE JUDGE COX Magistrate: |
| Defendant(s) | ) | BR |

### Rule 7.1 Disclosure Statement

NOW COMES Plaintiff, Essex Insurance Company as subrogee of Hardison Transportation LLC, by and through its counsel CLAUSEN MILLER, P.C., and offers the following Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2:

Plaintiff Essex Insurance Company is 100% owned by the Markel Corporation, a publicly traded insurance holding company.

Dated: August 20, 2008

Respectfully submitted,

JAMES M. HOEY
MICHAEL S. ERRERA
CLAUSEN MILLER P.C.
10 South LaSalle Street
Chicago, Illinois 60603-1098
312/855-1010
Attorney for Plaintiff, Hardison Transportation LLC

1199814.1

1